PATRICK DONNELLY, as Administrator of the Estate of PATRICK H. DONNELLY, Deceased, Appellant, *v.* THE CITY OF ROCHESTER, Respondent, Impleaded with Another.

*Donnelly* v. *City of Rochester,* 84 App. Div. 632, affirmed.
(Argued November 30, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1903, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*George H. Harris* and *John S. Keenan* for appellant.

*W. A. Sutherland, Corporation Counsel (John M. Stull* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ. Absent: GRAY, J. Not sitting: WERNER, J.